UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CECELIA D. WALTON, | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) No. 5:17-CV-85-BR |
| N.C. DEPARTMENT OF HEALTH AND HUMAN SERVICES, DISABILITY DETERMINATION SERVICES | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated 9/14/2017, plaintiff's claims for age and sex discrimination, as well as plaintiff's hostile work environment claim based upon her age are dismissed.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for summary judgment is denied. Defendant's motion for summary judgment is granted. Judgment is entered in favor of NCDHHS.

This Judgment Filed and Entered on Novemberr 7, 2018 with service on:

Cecelia D. Walton, P.O. Box 2025, Columbia, MD 21045 (via US Mail)
Joseph E. Elder (via CM/ECF Notice of Electronic Filing)

Date: November 7, 2018        PETER A. MOORE, JR., CLERK

                              Lauren Herrmann, Deputy Clerk